

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00135-CR

| | | |
|---|---|---|
| NORMAN L. AGNEW, Appellant | § | On Appeal from the 432nd District Court |
| | § | of Tarrant County (1429034D) |
| V. | § | July 11, 2019 |
| | § | Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
        Justice Elizabeth Kerr